**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

VICKI LYNN CAMP,
     Plaintiff,

v.                                Case No. 3:14cv123/MCR/EMT

BRIDGEWAY CENTER, INC.,
     Defendant.
_____/

## O R D E R

       This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 16, 2014 (doc. 24).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

       Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.     Defendant's motion to dismiss (doc. 11) is **GRANTED**, and Plaintiff's claims under the FMLA (including her retaliation claim), Title VII, and the ADA are **DISMISSED WITH PREJUDICE**.

       3.     This matter is referred to the assigned magistrate judge for further proceedings on Plaintiff's claims of discrimination and retaliation under the ADEA, which are her only surviving claims.

       **DONE AND ORDERED** this 21st day of October 2014.

s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS
CHIEF  UNITED  STATES  DISTRICT  JUDGE**